## UNITED STATES FIDELITY & GUARANTY COMPANY v. Ben V. WOODWARD.

### No. 5240.

Circuit Court of Appeals, Seventh Circuit.

Nov. 15, 1934.

Alexander F. Reichmann, Noble B. Judah, and Eugene P. Kealy, all of Chicago, Ill., for appellant.

John Elliott Byrne, of Chicago, Ill., for appellee.

Before ALSCHULER, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation of counsel, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed by and between appellant and appellee in the above-entitled cause, by and through their respective attorneys, that the appeal therein may be dismissed on motion of either party, without costs to either party, all costs having been heretofore paid, and that mandate to District Court issue."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed without costs to either party, pursuant to the foregoing stipulation of counsel.

---

## VARICK CHARLTON CORPORATION, Appellee, v. Frank Collis BOWERS, etc., Appellant.

### No. 14.

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1934.

Martin Conboy, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellant.

Moses H. Rothman, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Bonwit Teller & Co. v. Commissioner (C. C. A.) 53 F.(2d) 381, 82 A. L. R. 325.

---

## In re VICTORIA FUSILLI CO., Inc., Bankrupt.

John H. GAMALDI, as Trustee in Bankruptcy of Victoria Fusilli Co., Inc., Bankrupt, Appellee, v. George M. COLON, Appellant.

### No. 82.

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1934.

Harry I. Farbman, of New York City (Jacob L. Holtzmann, of New York City, of counsel), for appellant.

Morris E. Packer, of Brooklyn, N. Y., for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on authority of Lee v. State Bank & Trust Co. (C. C. A.) 54 F.(2d) 518, 85 A. L. R. 216.